JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARIO HERNANDEZ,

                Plaintiff,

      v.

3M COMPANY, *et al.*,

                Defendants.

Case No. 5:25-cv-00960-FLA (SHKx)

**ORDER APPROVING STIPULATION TO REMAND ACTION [DKT. 33]**

On January 26, 2026, the parties filed a Stipulation to Remand the Action to State Court ("Stipulation").  Dkt. 33.

Having reviewed and considered the Stipulation and finding good cause therefor, the court hereby REMANDS the action to the Riverside County Superior Court, Case No. CVRI2501364.

IT IS SO ORDERED.

Dated: January 30, 2026



_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1